FILED

2004 FEB -5 A 10: [illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNESTO GALARZA | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01CV986 (AWT) |
| VS. | : | |
| | : | |
| LOMBARD FORD and | : | |
| ROBERT LOMBARD | : | |
| Defendants. | : | FEBRUARY 5, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. 7(b), the defendants, Lombard Ford and Robert Lombard, for good cause shown, respectfully move this Court to extend the current dispositive motion deadline for an additional fourteen (14) days up to and including Tuesday, February 24, 2004 to file their dispositive motion in this matter. In support of this motion, the undersigned counsel for the Defendants represents the following:

1. The current deadline for dispositive motions is February 10, 2004. See Order dated September 25, 2003.

2. The undersigned counsel for the defendants has been diligently working to prepare the defendants' dispositive motion, which will remove and/or narrow the scope of issues for trial in this matter. The undersigned counsel, however, requires the additional time to complete the motion, including the execution of supporting affidavits.

3. The undersigned counsel for the defendants is scheduled to begin a jury trial in Connecticut Superior Court, Judicial District of Ansonia-Milford at Milford on February 6, 2004, which is expected to continue through February 12, 2004. As such,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

despite the diligence of the undersigned counsel, the dispositive motion deadline cannot be reasonably met.

4.  Accordingly, the defendants respectfully request the Court to enter an order modifying the current dispositive motion deadline of February 10, 2004 and extend it for an additional fourteen (14) days, up to and including February 24, 2004.

5.  This is the defendants' second request for extension of the dispositive motion deadline.

6.  The undersigned counsel has contacted Charles D. Houlihan, Esq., counsel for the Plaintiff, who consents to the granting of this motion.

WHEREFORE, the Defendants respectfully request this Court to grant their motion to extend the dispositive deadline for fourteen (14) days, up to and including Tuesday, February 24, 2004.

THE DEFENDANTS:
LOMBARD FORD and
ROBERT LOMBARD

By _____
James M. Sconzo
Fed. Bar # ct 04571 and
Kevin R. Brady
Fed. Bar #ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

-2-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 5th day of February, 2004, I hereby mailed a copy of the foregoing to:

Charles D. Houlihan, Jr.
Post Office Box 582
Simsbury, CT 06070

A. Paul Spinella
Spinella & Associates
One Lewis Street
Hartford, CT 06103

Kevin R. Brady

511923.1(HSFP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105