FILED



*[Margin handwritten note, left side, rotated:]* EXTENSION GRANTED. Dispositive motions, if any, shall be filed on or before February 24, 2004. It is so ordered. /s/ Alvin W. Thompson, U.S.D.J. 2/10/2004 Hartford, CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERNESTO GALARZA<br>　　　　Plaintiff,<br>VS.<br><br>LOMBARD FORD and<br>ROBERT LOMBARD<br>　　　　Defendants. | CIVIL ACTION NO.<br>3:01CV986 (AWT)<br><br><br><br><br>FEBRUARY 5, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. 7(b), the defendants, Lombard Ford and Robert Lombard, for good cause shown, respectfully move this Court to extend the current dispositive motion deadline for an additional fourteen (14) days up to and including Tuesday, February 24, 2004 to file their dispositive motion in this matter. In support of this motion, the undersigned counsel for the Defendants represents the following:

1.　The current deadline for dispositive motions is February 10, 2004. See Order dated September 25, 2003.

2.　The undersigned counsel for the defendants has been diligently working to prepare the defendants' dispositive motion, which will remove and/or narrow the scope of issues for trial in this matter. The undersigned counsel, however, requires the additional time to complete the motion, including the execution of supporting affidavits.

3.　The undersigned counsel for the defendants is scheduled to begin a jury trial in Connecticut Superior Court, Judicial District of Ansonia-Milford at Milford on February 6, 2004, which is expected to continue through February 12, 2004. As such,

---

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105