UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNESTO GALARZA | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:01CV986 (AWT) |
| VS. | : | |
| | : | |
| LOMBARD FORD and | : | |
| ROBERT LOMBARD | : | |
|     Defendants. | : | FEBRUARY 24, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. 56(a), the Defendants, Lombard Ford, Inc. ("Lombard Ford") and Robert Lombard, hereby move for summary judgment on all counts of the Complaint dated May 30, 2001. In support of this Motion, the Defendants have attached a supporting memorandum of law and Local Rule 56(a)(1) Statement.

For the reasons set forth in the attached Memorandum of Law, the Court should grant summary judgment in favor of the Defendants on all counts of the Complaint dated May 30, 2001.

**ORAL ARGUMENT IS REQUESTED**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

RESPECTFULLY SUBMITTED,

THE DEFENDANTS:
LOMBARD FORD and
ROBERT LOMBARD


By_____
James M. Sconzo
Fed. Bar # ct 04571 and
Kevin R. Brady
Fed. Bar #ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 24th day of February 2004, I hereby mailed a copy of the foregoing to:

Charles D. Houlihan, Jr.
Post Office Box 582
Simsbury, CT 06070

A. Paul Spinella
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
Kevin R. Brady

517817.1

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105