# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNESTO GALARZA, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3-01-CV-986 (AWT) |
| V. | : | |
| | : | |
| LOMBARD FORD and | : | |
| ROBERT LOMBARD, | : | |
|     Defendants. | : | FEBRUARY 24, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following documents:

**Exhibits A through W of the Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment dated February 24, 2004**

These exhibits have not been filed on a PDF disk because:

The exhibits electronic file size exceeds 1.5 megabytes.

The exhibits have been manually served on all parties.



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        RESPECTFULLY SUBMITTED,

        THE DEFENDANTS,
        LOMBARD FORD AND ROBERT
        LOMBARD


        By_____
         James M. Sconzo, Esq.
         Fed. Bar # ct04571 and
         Kevin R. Brady, Esq.
         Fed. Bar # ct22135 of
         HALLORAN & SAGE LLP
         One Goodwin Square
         225 Asylum Street
         Hartford, CT 06103
         sconzo@halloran-sage.com
         brady@halloran-sage.com
         Their Attorneys

## **CERTIFICATION**

  This is to certify that on this 24th day of February 2004, I hereby mailed a copy of the foregoing to:

Charles D. Houlihan, Jr.
P.O. Box 582
Simsbury, CT 06070

A. Paul Spinella
Spinella & Associates
One Lewis Street
Hartford, CT 06103


        _____
         Kevin R. Brady

519293.1

One Goodwin Square    HALLORAN    Phone (860) 522-6103
225 Asylum Street    & SAGE LLP    Fax (860) 548-0006
Hartford, CT 06103      Juris No. 26105