UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERNESTO GALARZA | : |
| | : CIVIL ACTION NO. |
| v. | : 3:01 CV 986 (AWT) |
| | : |
| | : March 3, 2004 |
| LOMBARD FORD and ROBERT | : |
| LOMBARD | : |

**MOTION TO EXTEND TIME FOR RESPONSE TO
MOTION FOR SUMMARY JUDGMENT**

Ernesto Galarza, Plaintiff herein, moves to extend the deadline for his response to the motion for summary judgment and represents as follows:

**Present Schedule**

Defendant moved for summary judgment by pleading dated February 24, 2004. Plaintiff's response to the motion will be due on March 16, 2004.

**Status of Response**

This is Plaintiff's first request with respect to the motion for summary judgment.

Plaintiff previously consented to Defendant's request for additional time to file the motion.

On January 15, 2004, both counsel for Plaintiff began a three day trial in the Hartford Superior Court before the Hon. Robert Satter. No. CV - 01 - 0809650 S

Motion to Extend Summary Judgment Response - Page 1

A & A Mason, LLC v. Montagno Construction, Inc. and United States Fidelity and Guaranty Company. As of the date of this motion, the case is still being tried. It is expected that testimony will conclude during the week of March 1, 2004.

Because of the unexpected length of the trial, counsel has been unable to attend to the many other cases on their respective dockets. The undersigned has been forced to cancel three depositions and to postpone three trials. Multiple requests for extension of time to respond to discovery in other cases have been filed. A significant backlog of work has been deferred to the completion of the trial.

For these reasons, Plaintiff requests that his response to the summary judgment motion be extended to May 15, 2004.

**Consent of Counsel**

Counsel for Plaintiff telephoned Defendants on March 1, 2004 to inquire as to whether they would consent to, or oppose, this request. Plaintiff's counsel have returned to their trial, and have not yet received a response from Defendant. Accordingly, Plaintiff cannot represent Defendants' position on this request.

> ERNESTO GALARZA
> PLAINTIFF
>
> By: _____
> Charles D. Houlihan, Jr.
> Federal Bar No. CT 11416
> Post Office Box 582
> Simsbury, CT 06070
>
> Telephone:   (860) 658-9668
> E-Mail:   charles.houlihan@sbcglobal.net
> Telecopier:   (860) 658-1339
>
> **ATTORNEY FOR PLAINTIFF**

Motion to Extend Summary Judgment Response - Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed by United States mail, postage pre-paid, to the following counsel of record:

Kevin Brady, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford CT 06103

on March 3, 2004.

_____
Charles D. Houlihan, Jr.