

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERNESTO GALARZA | CIVIL ACTION NO. |
| v. | 3:01 CV 986 (AWT) |
| | March 3, 2004 |
| LOMBARD FORD and ROBERT LOMBARD | |

## MOTION TO EXTEND TIME FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Ernesto Galarza, Plaintiff herein, moves to extend the deadline for his response to the motion for summary judgment and represents as follows:

**Present Schedule**

Defendant moved for summary judgment by pleading dated February 24, 2004. Plaintiff's response to the motion will be due on March 16, 2004.

**Status of Response**

This is Plaintiff's first request with respect to the motion for summary judgment.

Plaintiff previously consented to Defendant's request for additional time to file the motion.

On January 15, 2004, both counsel for Plaintiff began a three day trial in the Hartford Superior Court before the Hon. Robert Satter. No. CV - 01 - 0809650 S

Extension GRANTED, absent objection, to and including May 15, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 3-5-04

Motion to Extend Summary Judgment Response - Page 1