UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERNESTO GALARZA : | |
| : | CIVIL ACTION NO. |
| : | |
| v. : | 3:01 CV 986 (AWT) |
| : | |
| : | May 17, 2004 |
| LOMBARD FORD and ROBERT : | |
| LOMBARD : | |

## SECOND MOTION TO EXTEND TIME FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Ernesto Galarza, Plaintiff herein, moves to extend the deadline for his response to the motion for summary judgment and represents as follows:

**Present Schedule**

Defendant moved for summary judgment by pleading dated February 24, 2004. Plaintiff's response to the motion was due May 15, 2004, or May 17, 2004 pursuant to Fed. R. Civ. P. 6. This is the second request for extension.

**Status of Response**

Plaintiff has substantially prepared his response. It was anticipated that the brief and supporting affidavits would be completed over the weekend and executed by Plaintiff, a resident of Massachusetts. Over the weekend, Plaintiff's counsel's computer network experienced problems which prevented the response from being finalized. For a significant period of time, the computer did not operate at all.

The undersigned counsel has an evidentiary hearing on Tuesday, a mediation in Bridgeport federal court on Wednesday, a meeting in Massachusetts on Thursday, and a post-trial brief due on Friday.  Plaintiff, who lives in Massachusetts, must arrange to meet with counsel for the execution of the affidavit.  Because of the scheduling difficulties, Plaintiff requests that the response date be extended to May 24, 2004.

**Consent of Counsel**

The parties have conferred and Defendants do not object to this request.

>
> **ERNESTO GALARZA**
> **PLAINTIFF**
>
> By: _____
> Charles D. Houlihan, Jr.
> Federal Bar No. CT 11416
> Post Office Box 582
> Simsbury, CT 06070
>
> Telephone:   (860) 658-9668
> E-Mail:    charles.houlihan@sbcglobal.net
> Telecopier:   (860) 658-1339
>
> **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing has been mailed by United States mail, postage pre-paid, to the following counsel of record:

Kevin Brady, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford CT 06103

on May 17, 2004.

_____
Charles D. Houlihan, Jr.