## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ERNESTO GALARZA** | : | |
| | : | **CIVIL ACTION NO.** |
| | : | |
| **v.** | : | **3:01 CV 986 (AWT)** |
| | : | |
| | : | **May 23, 2004** |
| **LOMBARD FORD and ROBERT** | : | |
| **LOMBARD** | : | |

## <u>AFFIDAVIT OF ERNESTO GALARZA</u>

**STATE OF CONNECTICUT**

**ss:    Simsbury**

**COUNTY OF HARTFORD**

On this date personally appeared Ernesto Galarza who, under oath, stated as follows:

1.    My name is Ernesto Galarza and I am the plaintiff in the above captioned action.

2.    From April 1999 through May 1, 2000, I was the general manager of Lombard Ford (the "Company") in Winsted, Connecticut.

3.    I lived and worked in New Jersey at various automobile dealerships when I applied to work at the Company.

**Affidavit in Opposition to Motion for Summary Judgment - Page 1**

4.      I was interviewed by Robert Lombard ("Lombard") and his wife three times before I was hired.

5.      During the interviews, Lombard indicated that he wanted to work primarily at his boat dealership known as Offshore Sea and Ski. He expressed a preference for concentrating his efforts on the boat dealership, stating that 20 years of running the auto dealership had taken a toll on his health and resulted in a recent hospitalization.

6.      The three interviews were conducted primarily at the boat dealership, which was a distance from the auto dealership.  Lombard was extremely concerned with the volume of business he perceived being taken by Litchfield Ford, and he suspected that his employees were feeding confidential information to Litchfield Ford.  Lombard wanted to hire a person from outside of the Winsted area because he wanted a person who was not "tainted" by community ties.

7.      For the third interview, Lombard and his wife invited my wife, Kathleen, to join us.  The Lombards told us that the position of general manager would lead to either a full opportunity to purchase the dealership from them or, at a minimum, include an equity position in the company.  The potential for ownership was a significant factor in my decision to work for the company.

8.      I had requested a written contract with the company because the position required me to uproot and relocate my entire family and to sever all of my business ties and connections in New Jersey.  Lombard said he did not like written contracts, and that "his word was his bond."   He represented that he would not cause me to relocate unless it was for a long term commitment on his part.  I believed him and relied upon his integrity.

**Affidavit in Opposition to Motion for Summary Judgment - Page 2**

9.     Before Lombard hired me, he conducted a thorough investigation of my work habits.  He contacted my supervisor at Rittenhouse-Kerr Lincoln/Mercury, Chuck Sarkady, who told him that I was an excellent worker, always on time, never called in sick and worked hard and long hours.

10.     To entice me to work at the company without a written contract, Lombard told me that I would have a job for life which would eventually lead to a partnership or even full ownership. This same representation was made in each interview session.  I made it known to Lombard that I would not accept the position on a "hope and a prayer" basis, that is, I could not uproot my family without the promise of a future ownership position.

11.     While negotiating compensation, Mr. Lombard told me that his recruiter, Joseph Holstein, informed him that the average salary and compensation package for a General Manager of a store of Lombard Fords' size was $90,000 per year.  Lombard did not want to pay the going rate.

12.     Lombard indicated that I would receive a significant increase in compensation after the first year or as soon as the boat dealership 'kicked in'.  Again, he urged me "to look at the big picture', which was ownership of the dealership.

13.     During the interviews, Lombard never showed me an employment manual or even referred to such a manual.  He repeatedly emphasized that I could rely on his word.

14.     In response to the dealership problems Lombard identified during the interviews, I prepared a business plan to address those problems, a copy of which is attached to Defendant's motion as Exhibit F.  (the "Business Plan").

**Affidavit in Opposition to Motion for Summary Judgment - Page 3**

**Planned Termination of Staff**

15.     Lombard indicated during the interviews that he believed it necessary to "clean house" because he thought numerous employees were betraying him.  I asked him why he had not already fired the suspect employees, and he stated that he 'felt bad' letting people go.  It was his intent to hire a general manager who could do what he preferred not to do.

16.     The first person Lombard intended to be fired was Dave Bettigol,  who he constantly referred to as the "hebe" because of his Jewish heritage.  Mr. Bettigol was second in command at the dealership, after Lombard, and Lombard repeatedly stated that he did not trust him.  In addition to Bettigol, Lombard said he was to fire Frederica Irish, John Dagata and all the sales reps because he thought they were lazy, untrustworthy and conspiring with Litchfield Ford. He also voiced the suspicion that Bettigol might be stealing from the dealership.

17.     In the Business Plan, I mentioned that Lombard expressed to me his desire to fire experienced veteran sales persons, and I addressed how I would handle the situation.

**Sales Objectives**

18.     During the interviews, we discussed Lombard's priorities for improving the business of the dealership.  Lombard's top priorities were to increase market penetration and expand the Lombard name.  He was particularly focused on recovering the business he felt had been lost to Litchfield Ford.  Lombard wanted to increase volume, with profitability per vehicle being assigned a lesser value.

19.     At the time of the interviews, Lombard indicated that the dealership sold 60 vehicles per month.[1] I noted this in the Business Plan, and expressed a desire to increase that average to 80 vehicles per month.

20.     Later, Lombard suggested that the dealership was working toward a goal of 100 vehicles per month, a goal which was met several times during my tenure.  In particular, Lombard wanted to increase new car sales, which traditionally involve lower gross profit.  Lombard expected that the sale of pre-owned vehicles would aid profitability, because such sales typically yield higher gross profit.  Nevertheless, at every interview, Lombard was adamant the his highest priority was to regain the new car and truck business he lost to Litchfield Ford during the previous two years.

21.     In the Business Plan, I expressly noted as part of my mission statement that "[a]ll efforts must be made to regain the lost business that has gone to Litchfield Ford."  Business Plan, p. 1.

**Ethnicity**

22.     During the interview process, I was eventually given a tour of the dealership, although my identity was misrepresented to the staff. Lombard seemed to believe that I was of Italian ancestry.   Lombard frequently mentioned how happy he was to be getting a new "guinea wop" on board because Italians had a strong work ethic.  He introduced me to  Mr. Fercodini, John Dagata, Tom Spinella and the other employees in the parts and service departments as his "new guinea wop".

---

[1]  In my "Mission Statement", I wrote that a goal was "[t]o increase new/used retail sales volume from the present figure of 60 to 80."  Business Plan, p. 1.

23.    I never corrected Lombard as to my nationality because I believed that his knowledge of the truth would eliminate me as a candidate for general manager.

24.    Mr. Lombard claims that my nationality was openly discussed before I was hired.  That never happened.

25.    My employee information card contains an indication that I am Spanish. Defendants' Exhibit H.  While I completed that form, I did not identify my nationality.  As a personal matter, I never provide ethnic information.  In this situation, I did not want my nationality to be known at that time.  Because I did not check the Hispanic box on the form, I reasonably believe that this document was altered after I was fired.

26.    After I was hired, Lombard continued to refer to me as his "guinea wop" to employees and others.  By so doing, it was clear to me that he did not know I was Hispanic until many months later.

**Performance as General Manager**

27.    As I indicated in my Business Plan, I thought the dealership showroom did not project any excitement or activity.  Business Plan, p. 3.  I changed the showroom personality to enhance the buying environment for customers.

28.    In the Business Plan, I noted the need for continued training of all personnel. Business Plan. P. 2.   I arranged for all salesmen and managers to factory certified.  Such certification was required to be eligible for the President's Award.

29.    I also brought into the dealership the idea of "loyalty sales" in which we used our customer database to advertise a "closed to the public" sale for one day, these promotions  were very, very successful.  One of the reasons these sales were so successful was that we offered TV's, DVD players, Oil Change Coupons, etc. to those

attending the sale without purchase obligation. These sales were aimed at new vehicle customers. However, the only downside to these sales is that Mr. Lombard refused to give prizes to those individuals that did not buy or to those he felt were not deserving of winning. So, even though he had my children pick out the raffle entries to determine the winners, Mr. Lombard would take the box of raffle tickets into his office and he would then go through the tickets and pick his friends names who were then awarded the prizes.

30.    In attempting to denigrate my contributions to the dealership, Lombard misrepresents various factors. Attached hereto is a copy of the so-called 1984 Report published by Ford Motor Company based upon information supplied by the dealership.

31.    The 1984 Report indicates that all departments were up over the previous year.

32.    The 1984 Report compares a dealership with others in its region, in this case a region consisting of the Northeast states, including New York, in similarly populated areas. The 1984 Report reflects the following:

a.    New car sales increased in 1999 from 93 to 116 in the previous year.

b.    New truck sales increased from 279 to 301;

c.    The operating profit of the dealership was 8.8%, compared to the 5.6% for the dealer group.

The 1984 Report reflects a successful operation under my leadership.

33.    When I arrived at the dealership in 1999, Mr. and Mrs. Lombard had dismissed any possibility that the dealership might earn the coveted 1999 President's

Award.  Specifically, the Lombards told me that it would be a "miracle" if they won the award.  I then made it my mission to achieve that honor on behalf of the dealership.

34.    The Lombards expressed great surprise and joy when they were informed, several weeks before my termination,  that the dealership won the President's Award in 1999.  The award demonstrated my high level of success at the dealership.

35.    Lombard Ford was not awarded the President's award in 2000 and 2001.

**Employee Management & Terminations**

36.    As noted before, Lombard did not like the confrontation inherent in terminating employees.  During my tenure, no employee was hired or fired without Lombard's consent and approval.

37.    The number of terminations during my tenure was consistent with Lombard's plan to 'clean house' that he discussed during the interviews.

38.    Lombard contends that I was rude and verbally abusive to dealership employees.  That is untrue.

39.    To the contrary, Lombard was often ill-tempered and would yell and scream at employees, regardless of who was present.  Plaintiff was verbally abusive to employees, often on the showroom floor and before customers.

40.    Lombard misrepresents the circumstances surrounding the termination of Drake Viscone.  In particular, he claims that I fired Viscone for personal reasons.  Viscone had been another candidate for the general manager position, and Lombard selected me over him.

41.    Contrary to Lombard's representations, Lombard ordered me to terminate Viscone.  Viscone was selling auto parts privately, in addition to his parts sales for the

dealership.  He conducted his side business during work time and used the dealership's telephone and parts facilities to do so.  Lombard ordered me to fire him because Viscone was running another business out of Lombard's dealership.

42.    When the issue of a DWI arrest of a new employee arose, Lombard dismissed the issue as a concern.  In fact, Lombard laughed about the situation at that time, stating that some of his best salespeople, Don Hiller and Mr. Weir, had been previously arrested for DWI and that never stopped them from selling cars or working in a dealership. He also represented that many employees had lost their licenses due to drinking and driving violations. This incident was never an issue before Lombard was accused of illegal discrimination.

**Buyer Loyalty**

43.    In their motion, Defendants cite Ford loyalty statistics.  Loyalty statistics are lagging indicators, that is, they measure whether former customers will return to the dealership.  Thus, the owners who were part of the survey were customers of the dealership *before* Plaintiff was hired. The decrease of loyalty corroborates the loss of business by the dealership to Litchfield Ford. The statistics Defendants use do not relate to sales made during my tenure as general manager.

**Excessive Expenses**

18.    Curiously, Lombard asserts that the dealership's profitability suffered because of "excessive and unwise spending", under my tenure. In particular, Lombard claims that" Plaintiff never attempted to obtain a good rate on advertising costs", an unfounded accusation.

44.     Lombard retained primary responsibility for the dealership's advertising and he personally negotiated those costs.  Lombard is therefore attempting to shift blame to me for his own actions.

45.     In the Business Plan, I noted that Lombard has just retained a new advertising agency.

46.     During my tenure, Lombard's boat dealership was financially troubled, leading to its eventual closure.  To prop up the boat dealership, Lombard charged the boat dealership's advertising costs to Lombard Ford.  The office manager, Heather Verdone, complained to me on numerous occasions that the Lombards were throwing good money after bad by inflicting the boat dealership's losses upon the car dealership.

47.     Lombard controlled the expenses, and he wrongfully allocated boat costs to the dealership.  The expenses he states were knowingly inflated by Lombard.

48.     In late 1999 and early 2000, Lombard told me that the dealership had exceeded expectations in both profit and volume.  He represented the same to Mr. Cullari who worked for him briefly at Offshore Speed and Ski.

49.     Lombard  gave me a $2,000 bonus at Christmas citing profitability and his compete satisfaction with my performance.

50.     Lombard suggests that he engaged in frequent employee counseling to assist me.  That is false.  There were never any counseling sessions during my tenure at the dealership.

**Employee Training**

51.     Lombard makes the unfounded accusation that I failed to train sales staff before placing them on the sales floor.  That assertion is untrue.

52.     In the Business Plan, I stressed the need for training.  Business Plan, p. 2.

53.     With each new hire, I spent an entire day training the salesperson. On some occasions, Mr. Lombard would sit in on the training or would spend some time with the new hire.

54.     During my tenure at Lombard Ford, Lombard never faulted me for a failure to train.

**Time Off**

55.     The time records do not reflect the time I took off during my tenure.  These records were maintained by Mrs. Lombard, who was not present at the dealership on a daily basis.  Those records are not correct.

56.     Generally, I worked 6 days per week.  My work week often exceeded 60 and 70 hours per week.

57.     Lombard told others that, after him, I was the hardest working person he knew.

58.     When my family moved from New Jersey, I took less that a full day to close on the sale of our house and assist with the move.  I worked at the dealership that day.

59.     During my tenure, I took two breaks: (1) two days at Thanksgiving and (2) one week after I had worked a full year.  I was terminated upon my return.

**Affidavit in Opposition to Motion for Summary Judgment - Page 11**

60.     I worked constantly for Lombard Ford during my tenure, consistent with my promises.

**Out of District Sales**

61.     Ford Motor Company promulgates policies intended to have dealers sell primarily within their regional district.  Dealers are criticized for selling outside of their region.

62.     Lombard falsely claims that I unilaterally sold a vehicle to an English customer.  It is untrue.

63.     Ford Motor Company brands its performance vehicles as Special Vehicle Team or SVT. Dealers are not allowed to sell SVT vehicles overseas under any circumstance.  Violation of this prohibition may result in the termination of the Dealer Agreement.

64.     Lombard personally instructed me to send a SVT vehicle to England.  I informed him that such a sale would be in violation of his dealer agreement with Ford, but he instructed me to do so anyway.  He was furious when I raised the issue of his violation of the dealership agreement.

65.     Lombard told me he sold many SVT's to Puerto Rico and the Bahamas despite the restriction on selling them outside of the Continental United States.

66.     Lombard instructed me to proceed with the order to England and get "list price."  I complied with his directive.

67.     I am surprised that the transaction Lombard negotiated and ordered me to fulfill is now claimed by him to be a fault of mine.  Lombard directed me to do what he now claims was improper to do.

68.    To my knowledge, there were no repercussions from the sale to England.

69.    To my knowledge during my tenure, the dealership never received received complaints from the Connecticut Department of Motor Vehicles.

**Pornography**

70.    After I complained of illegal discrimination, I was shocked to be accused of spending my time viewing pornography.  I do not view pornography as a practice.

71.    Lombard fabricates a story suggesting that I concealed my computer in my office space in a furtive manner to conceal pornography.  It is untrue, and the rearrangement was made at his specific request.  Again, compliance with his order is now transformed into my fault.

72.    My office was rearranged at the specific request of Lombard.  Lombard had caused a see-through window installed in the wall of my office, allowing me to look into the sales room. Lombard suggested that I rearrange my office so that my computer screen was not visible to those in the dealership showroom.  I agreed to do so.

73.    My computer was available for use by all employees.  It was accessible and was on my desk all day.  I did not monitor the use of my computer by employees.

**Oppressive Discriminatory Environment**

74.    After I began to work at the Company, I began to realize that what I thought was essentially pro-Italian enthusiasm by Lombard was, in fact, symptomatic of serious racial and ethnic discrimination.

75.    When I arrived at the Company, and throughout my tenure, the sales force was white.  There were no African-Americans.  There were no Hispanics.

76.    The work force at the Company was white, and I was not allowed to change it.

77.    After I began to work, Lombard told me that my move to northwestern Connecticut would get me and my family away from "niggers" and "spics." I was reluctant to tell Lombard that I was Hispanic and that my father was from Ecuador.

78.    Among my job duties was the hiring of new employees. When I interviewed an African-American for a salesman position, Lombard said that he did not want black sales people at his dealership.

79.    When I attempted to hire an older woman, Lombard refused to allow me to hire her because she was too old.

80.    When Lombard told me of his intention to fire a long-term female employee, I asked him for the reason, since she had been with the dealership and with Lombard for a long period of time. I believe she worked for the dealership for 17 years. Lombard told me that he was firing her because she was 'a little too old.'

81.    On another occasion, a mixed race couple purchased a vehicle at the dealership. The husband was black and the wife was white. After the sale, I was in the office with Lombard and the car salesman. The salesman said that he did not like "salt and pepper" couples, and that such pairings 'made him sick.' Lombard agreed with the salesman, adding that he could not see what a "white woman could see in a black guy" and that he felt sorry for their mixed race children because their lives would be more difficult.

82.    I am married to a woman of Irish and German heritage.

**Affidavit in Opposition to Motion for Summary Judgment - Page 14**

83.     In November 1999, Lombard met my son from my first marriage for the first time.  Lombard questioned me as to why my son was so dark-skinned, and I informed Lombard that I was of Spanish origin.  Thereafter, Lombard withdrew his friendship and support, and began to treat me in a hostile and critical manner.  Our relationship deteriorated from the time Lombard became aware that I was Hispanic, notwithstanding the improvement in the dealership and the progress toward the President's Award.

84.     Throughout April 2000, Lombard repeatedly promised to review my performance and adjust my compensation.  He asked me to be patient because he was busy.  His comments reaffirmed the promises he made to me the previous year.

85.     I took a short vacation and returned to the Company on May 1, 2000.  I expected to meet with Lombard to discuss my percentage of the profits and my acquisition of an ownership interest.  Instead, I was fired.

86.     My performance for the year had been outstanding.  Sales of cars had increased substantially during my tenure.  The Company had been awarded the President's Award, a highly selective award issued by Ford Motor Company.  In one month, I had obtained sales of twice as many cars as the prior year.  The percentage of profit on each car had increased.

87.     When I arrived at the Company's on May 1, 2000, I was told by Lombard that I was fired.  He did not provide any explanation.  Lombard had be escorted to a waiting car to be driven home.  He refused to allow me to remove my belongings from my office.

88.     Lombard promised to provide me with a letter of recommendation.  The letter of recommendation was essential to my livelihood, as I would be looking for work in an area where I was not known.  Despite his promise, he refused to provide me with a letter of recommendation for my service at the dealership.

89.     Lombard did not indicate that he was reorganizing the dealership when I was terminated.  A reorganization would not have required such security measures as Lombard took.  That explanation arose only after I asserted illegal discrimination.  Given my exemplary performance, as demonstrated by the President's Award, I believe that the lately developed justification is a pretext for racial and ethnic discrimination.

**Exhibits**

90.     I attach true copies of the 1984 Report and an excerpt announcing the issuance of the President's Award to Lombard Ford.


_____
Ernesto Galarza


On this day, personally appeared before me Ernesto Galarza who, on oath, swore that the above and foregoing statements were true and correct to the best of his recollection and knowledge.

**SIGNED** this \_\_\_\_ day of May 2004.


_____
Charles D. Houlihan, Jr.
Commissioner of the Superior Court

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed by United States mail, postage pre-paid, to the following:

Kevin Brady, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford CT 06103

on May ___, 2004.

_____
Charles D. Houlihan, Jr.
Commissioner of the Superior Court

Lombard Ford Inc

NEW CAR RETAIL INFORMATION | NEW TRUCK RETAIL INFORMATION | RED CARPET LEASE | NEW FLOOR PLAN | VEHICLE ADV.



NEW CAR SALES - (FIN. STMNT.)

NEW TRUCK SALES - (FIN. STMNT.)

DOLLAR SALES | TOTAL DOLLAR GROSS

| | NEW YORK Winsted |
| PBA CODE | 03569 |
| BPV 0012 | |
| SP 350-549 (S3) | |
| APPT DATE | MAR 82 |
| DEAL CODE | 13F544 |

Lombard Ford Inc

# RET SLS & REGY

| YTD 9911 | RPTD | REGY UNITS | SLS %REGY | REGY %IND | % SEG/ REGN | %MP/ZN | %SEG %REGN | OUTSOLD |
|---|---|---|---|---|---|---|---|---|
| TOWN VICTORIA | | | | | | | | |
| TAURUS | 39 | 29 | 134.5 | 3.8 | 14.1 | 6.9 | 6.9 | 206 203 |
| CONTOUR | 16 | 9 | 177.8 | 1.2 | 5.4 | 3.7 | 4.0 | 143 132 |
| MUSTANG | 17 | 4 | 425.0 | 0.5 | 12.5 | 11.9 | 13.4 | 105 94 |
| ESCORT/FOCUS | 26 | 30 | 86.7 | 4.0 | 13.8 | 8.4 | 7.0 | 164 196 |
| ESCORT ZX3 | 10 | 10 | 100.0 | 1.3 | 31.3 | 16.3 | 12.2 | 192 256 |
| KA/FIESTA(MEX.) | | | | | | | | |
| TOTAL FORD | 116 | 85 | 136.5 | 11.2 | 11.2 | 6.8 | 6.2 | 164 180 |
| GRAND MARQUIS | | | | | | | | |
| COUGAR | | | | | | | | |
| SABLE | | | | | | | | |
| MYSTIQUE | | | | | | | | |
| TRACER | | | | | | | | |
| LS | | | | | | | | |
| TOWN CAR | | | | | | | | |
| CONTINENTAL | | | | | | | | |
| TOTAL LINC/MERC | | | | | | | | |
| EXPEDITION | 15 | 12 | 125.0 | 1.6 | 60.0 | 42.9 | 41.4 | 140 145 |
| EXPLORER | 56 | 36 | 155.6 | 4.8 | 22.8 | 15.5 | 17.6 | 147 129 |
| ECONOLINE CLUB WAGON | 16 | 11 | 145.5 | 1.5 | 36.7 | 42.2 | 54.2 | 87 68 |
| RANGER | 61 | 48 | 127.1 | 6.4 | 33.8 | 22.1 | 26.5 | 153 128 |
| F-150-350 LHT | 44 | 28 | 157.1 | 3.7 | 14.7 | 14.6 | 20.1 | 101 73 |
| F-250-350 HVY | 90 | 49 | 183.7 | 6.5 | 25.8 | 19.0 | 17.5 | 136 148 |
| U37 HD | | | | | | | | |
| WINDSTAR | 17 | 10 | 170.0 | 1.3 | 9.9 | 13.4 | 18.5 | 74 53 |
| TOTAL FORD LT. | 301 | 194 | 155.2 | 25.2 | 25.9 | 18.4 | 21.1 | 141 123 |
| TOTAL MED | 1 | | 0.1 | 9.1 | 4.6 | 3.4 | | 199 268 |
| TOTAL FORD TRK | 301 | 196 | 153.6 | 26.1 | 26.1 | 18.5 | 21.2 | 141 123 |
| L/M TRK | | | | | | | | |

## PROFIT SUMMARY

| | DEALER | GROUP |
|---|---|---|
| SELLING GROSS | 45.0 | 47.0 |
| FIXED EXPENSE | | |
| % GROSS | | |
| SALARY GEN MGR | 0.0 | 0.5 |
| SALARY ADMIN | 4.2 | 4.5 |
| PAYROLL TAXES | | |
| EMPLOYEE BENEFIT | 3.5 | 3.9 |
| PENSIONS | 0.3 | 0.4 |
| INSTL. ADV & PROM | 11.2 | 13.0 |
| RENT/EQUIV | 1.0 | 3.0 |
| UTILITIES | 1.0 | 0.9 |
| TELEPHONE | 1.1 | 1.1 |
| TAXES | 0.2 | 0.1 |
| INSURANCE | 0.8 | 1.3 |
| OFFICE SUPPLIES | 1.0 | |
| DATA PROCESSING | 1.6 | 1.9 |
| BAD DEBTS | 0.0 | 0.1 |
| CONTRIBUTIONS | 0.1 | 0.1 |
| DEPR. & EQUIP. | 0.9 | 1.1 |
| INTEREST | 1.2 | 0.9 |
| EQ/VEH MAINT-GEN'L | 0.0 | 0.3 |
| PROMOTION | 6.0 | 1.6 |
| TRAVEL & ENTERTAINMENT | 0.8 | 0.4 |
| MISC EXPENSE | 0.4 | 0.0 |
| TOTAL FIXED | 31.3 | 35.3 |
| DEALER SALARY | | |
| OPERATING PROFIT | | |

## PERSONNEL SUMMARY

| | DEALER | GROUP AVG |
|---|---|---|
| SALEPERSONS – NEW & USED | 8 | 4 |
| SALEPERSONS – F & I | | |
| SALEPERSONS – RENTAL | | |
| TOT –VEH SLSPN OBJ | 4 | 2 |
| SLSPNS TURNOVER HIRED | | |
| TERM | | |
| MANAGEMENT – NEW & USED | 3 | 1 |
| MANAGEMENT – F&I | 1 | 1 |
| MANAGEMENT – RENTAL | | |
| MANAGEMENT – OTHER | 3 | 3 |
| PARTS EMPLOYEES | 4 | 3 |
| SERVICE TECHNICIANS | 9 | 7 |
| BODY SHOP TECHNICIANS | | 1 |
| SERV SLSPNS HIRED | 1 | |
| TURNOVER TERM | 2 | |
| GUIDE STALLS | | |
| ACTUAL STALLS | 16 | 10 |
| TOTAL EMPLOYEES | 44 | 757 |

## PRODUCTIVITY ANALYSIS

| | DEALER | GROUP AVG |
|---|---|---|
| PAYROLL (INC) PER EMPLOYEE | 357 | 268 |
| S&BS COS) TOTAL 1000] | 18831 | 24432 |
| NEW/USED UNITS RETAILED PER SLSPN | 10.1 | 35.5 |
| VEHICLE SLSPRSNS PER VEHICLE MGMT | 2.7 | 3.0 |
| NEW SLSPRNS PER VEH CLER EMP | 8.0 | 2.1 |
| TOT VEH GRS PER SLSPRN & MGMT | 18559 | 20145 |
| WHSLE PARTS SLS PER SLSPRN | 29692 | 19614 |
| TOT PARTS SLS PER PTS MGMT & SLSPRN | 41692 | 36383 |
| RPR, ESP RPR, WAP, INT SLSPRPAINT TECH | 7291 | |
| SLS LABOR SLS PER BODY TECH | 8560 | 6869 |
| TECH PER OTH SERV DRMT EMP | 1.3 | 2.0 |
| STALLS PER TECH (EXCL BS) | 1.8 | 1.4 |
| TRAFFIC COUNT PER STALL | 51.6 | 65.1 |
| TOT DLR EMP PER MGMT | 6.3 | 5.5 |
| TOT DOLLAR SLS PER DLR EMP | 44242 | 53318 |

## PERCENT OF SALES

| | DEALER | GROUP |
|---|---|---|
| GROSS – TOTAL | 15.1 | 11.4 |
| EXPENSE – TOTAL | 13.7 | 10.7 |
| OPERATING PROFIT – TOTAL | 1.3 | 0.6 |
| NON–OPERATING INCOME NET | 0.5 | 0.4 |
| PROFIT BEFORE INCOME TAX | 1.8 | 1.0 |
| NEW VEHICLE – GROSS % SALES | 9.8 | 7.0 |
| USED VEHICLE – GROSS % SALES | 14.1 | 9.9 |
| PARTS – GROSS % SALES | 27.3 | 27.8 |
| SERVICE – GROSS % SALES | 58.7 | 56.9 |
| BODY – GROSS % SALES | 8.2 | 47.9 |
| NEW VEH – SELL GROSS % TOT GROSS | 35.3 | 46.6 |
| USED VEH – SELL GROSS % TOT GROSS | 53.8 | 42.4 |
| PARTS – SELL GROSS % TOT GROSS | 43.6 | 56.8 |
| BODY – SELL GROSS % TOT GROSS | 43.1 | 46.0 |
| SERVICE – SELL GROSS % TOT GROSS | 100.0 | 50.3 |
| TOTAL – SELL GROSS % TOTAL GROSS | 45.0 | 47.0 |
| USED VEHICLE – GROSS % TOTAL GROSS | 30.7 | 39.0 |
| USED VEHICLE – GROSS % TOTAL GROSS | 38.9 | 23.1 |
| PARTS – GROSS % TOTAL GROSS | 11.6 | 13.5 |
| SERVICE – GROSS % TOTAL GROSS | 18.7 | 21.5 |
| BODY – GROSS % TOTAL GROSS | 0.0 | 2.6 |
| NEW VEH – SELL GROSS % TOT SELL GROSS | 24.1 | 38.6 |
| USED VEH – SELL GROSS % TOT SELL GROSS | 46.6 | 20.8 |
| PARTS – SELL GROSS % TOT SELL GROSS | 11.3 | 16.7 |
| SERVICE – SELL GROSS % TOT SELL GROSS | 17.9 | 21.1 |
| BODY – SELL GROSS % TOT SELL GROSS | 0.0 | 2.8 |

## PARTS

| | DEALER | GROUP |
|---|---|---|
| TOT WHSLSE | 19.4 | 19.2 |
| COUNTR RET | 28.1 | 30.3 |
| REPAIR SHP | 42.1 | 38.5 |
| ESP REP SP | 24.1 | 24.5 |
| WP CLM/SRVI | 28.8 | 26.9 |
| INTERNAL (SRV) | 29.0 | 21.5 |
| SUBLET REP | 0.0 | 21.2 |
| OTHER MDSE | 0.0 | 0.0 |
| OPT SRV OTH FRM | 0.0 | 0.0 |
| TOT PT SRV | 33.9 | 31.0 |
| BODY SP–PRT | 32.2 | 28.0 |
| BODY INT–PT | 0.0 | 23.8 |
| WP CLM(BDY) | 0.0 | 0.0 |
| INTRN (BDY) | 0.0 | 0.0 |
| MATERIALS | 0.0 | 53.8 |
| OPT BDY OTH FRM | 0.0 | 0.0 |
| TOT PT BDY | 32.2 | 28.3 |
| COS ADJ LIFO | 0.0 | 0.0 |
| TOT DPTS | 27.3 | 27.5 |

## % PARTS GROSS

| | DEALER | GROUP |
|---|---|---|
| COMP – MGR | 11.1 | 14.5 |
| SAL –OTHER | 21.3 | 16.4 |
| COM/INC/OTH | 4.8 | 0.0 |
| ADVERTISING | 7.4 | 1.1 |
| TRAINING | 0.3 | 0.0 |
| POLICY ADJ | 0.7 | 0.0 |
| SERV LOANER | 0.4 | 0.0 |
| TOOLS/FRT | 2.0 | 3.2 |
| EQ/VEH MNT | 8.8 | 2.2 |
| INV CONTLP. | 0.0 | 0.0 |
| V–F | 0.3 | 0.0 |
| XP | 56.9 | 54.0 |

## SERVICE

| | DEALER | GROUP |
|---|---|---|
| | 69.0 | 66.7 |
| REP SE SP | 51.1 | 75.5 |
| | 74.8 | 70.9 |
| | 68.2 | 57.9 |
| | 8.0 | 6.7 |
| | 0.0 | 36.5 |
| | 0.0 | 0.0 |
| | 57.5 | 56.9 |
| | 58.7 | 56.9 |
| | 37.6 | 30.0 |

## BODY

| | DEALER | GROUP |
|---|---|---|
| | 8.2 | 6.8 |
| | 0.0 | 56.9 |
| | 0.0 | 38.9 |
| | 0.0 | 71.8 |
| | 0.0 | 67.3 |
| | 0.0 | 10.8 |
| | 0.0 | 0.0 |
| | 0.0 | 0.0 |
| | 8.2 | 47.9 |

## NEW CAR / NEW TRK / USED CAR / USED TRK / TOT RMK

| | NEW CAR INVEN | D/S | NEW TRK INVEN | D/S | USED CAR INVEN | D/S | USED TRK INVEN | D/S | TOT RMK INVEN | D/S |
|---|---|---|---|---|---|---|---|---|---|---|
| 99JUL | 690 | 104 | 116 | 190 | 84 | 83 | 37 | 46 | 36 | 164 |
| 99AUG | 491 | 46 | 432 | 028 | 70 | 65 | 130 | 86 | 24 | 193 |
| 99SEP | 490 | 49 | 482 | 486 | 102 | 114 | 151 | 52 | 22 | 251 |
| 99OCT | 497 | 93 | 752 | 206 | 72 | 67 | 150 | 92 | 33 | 290 |
| 99NOV | 453 | 85 | 862 | 265 | 72 | 73 | 122 | 67 | 40 | 301 |
| 99DEC | 482 | 169 | 1762 | 632 | 94 | 103 | 122 | 34 | 24 | 344 |

## OWNER LOYALTY

| | | |
|---|---|---|
| 1998 | % | |
| 1997 | % PROFIT (B.I.T.) | 12.0 | 8.7 |

### TENURE / SLSPRN

| COMBINED SLSPRN TENURE (IN MOS) | DLR # SLSPRN | DLR % TOT | GRP % TOT |
|---|---|---|---|
| LESS THAN 12 | 3 | 37.5 | 33.0 |
| 12 TO 36 | | 0.0 | 21.4 |
| 37 TO 60 | 1 | 12.5 | 14.6 |
| OVER 60 | 4 | 50.0 | 21.4 |
| TOTAL | 8 | 100.0 | 100.0 |

### TURNOVER YTD

| | DLR | GRP |
|---|---|---|
| # | | |
| DLR | 0.0 | 13.6 |

### % CURR VEH SLSPNS

| TOTAL SLS/REG | DLR 9911 | ZN/MP RGN. | DLR 314 | ZN/MP RGN. |
|---|---|---|---|---|
| SALES | 119 | | 314 | |
| REG.S | 86 | | 205 | |
| F%C | 1755 | 791 | 1109 | 2029 | 947 | 1476 |
| F%IND | 118 | 79 | 186 | 268 | 186 | 216 |

### GRP / DAYS SUPPLY

| GRP | 75 | 74 | 67 | 17 | 55 | 94 | 48 | 46 | 95 | 92 |

## NEW F&I CON INC

| | TOTAL # INCOME (000) | FIN PNVR (NET) | INS PNVR (NET) | SRV CON PNVR (NET) | TOTAL # INCOME (NET) | PVVR FIN (NET) | PVVR INS (NET) | YTD PVVR CON (NET) | % FIN | PENETRATION INS | CON |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98TOT | 190 | 483 | 144 | 91 | 190 | 230 | 585 | 237 | 81 | 178 | 56 | 54 | 15 | 15 | 40 | 44 |
| 99JUL | 21 | 674 | 261 | 16 | 246 | 37 | 727 | 302 | -2 | 262 | 68 | 59 | 3 | 4 | 39 | 57 |
| 99AUG | 26 | 564 | 218 | 15 | 211 | 43 | 937 | 273 | 94 | 450 | 68 | 57 | 4 | 17 | 28 | 61 |
| 99SEP | 25 | 726 | 452 | 45 | 140 | 43 | 853 | 346 | 37 | 326 | 50 | 60 | 6 | 12 | 35 | 50 |
| 99OCT | 24 | 603 | 258 | 37 | 179 | 31 | 779 | 229 | 62 | 344 | 63 | 53 | 8 | 13 | 28 | 48 |
| 99NOV | 25 | 137 | 39 | 871 | 324 | 145 | 263 | 53 | 60 | 8 | 20 | 19 | 44 |
| 99DEC | 20 | 687 | 315 | 85 | 201 | 20 | 732 | 272 | 58 | 295 | 34 | 64 | 7 | 11 | 31 | 43 |
| 99YTD | 236 | 534 | 216 | 41 | 191 | 42 | 805 | 299 | 66 | 312 | 50 | 60 | 7 | 13 | 30 | 46 |
| 98YTD | 190 | 483 | 144 | 91 | 190 | 230 | 237 | 81 | 178 | 56 | 54 | 15 | 15 | 40 | 44 |
| 99GRP | 3 | 72 | 48 | 2 | 15 | 2 | 176 | 7 | 88 | 15 | 44 | 1 | 4 | 20 |

## USED F&I CON INC

(see combined table above)

## MEMO: USED CAR RTL FRANCHISE ONLY

**DEALER NAME:** Lombar—ord Inc

**DEALER CODE:** F13544

19:3
MAR–

1897



# Dealer World

For Ford and Lincoln Mercury Dealers and Dealership Managers
Volume 21 Number 5 June/July 2000

## Paramount Performers

Ford Motor Company gives its best dealers top billing at the 1999 President's Award ceremonies

*Setting the direction in ...*

**Acadiana Ford**
Warner J. Angelle II
Kaplan, LA
**Al Packer Ford**
Mark A. Packer
West Palm Beach, FL
**Al Piemonte's Arlington Heights Ford**
Alex A. Piemonte
Arlington Heights, IL
**Anaheim Lincoln Mercury**
Lauren Brittsan
Anaheim, CA
**Anderson Weber**
Philip M. Weber
Dubuque, IA
**Apple Valley Ford**
Mark Gulbrandson
Apple Valley, MN
**Art Hill**
Arthur D. Fairchild
Merrillville, IN
**Art Hill Lincoln Mercury**
Arthur D. Fairchild
Merrillville, IN
**Artino Ford**
Danny J. Artino
Huron, OH
**Ashland Ford Mercury**
William G. Zaharis
Ashland, WI
**Atchik, Ford**
Sherman W. Atchley
Omaha, NE
**Autoway Lincoln Mercury**
Ronald Salhany
Clearwater, FL
**Avis Ford**
Walter E. Douglas, Sr.
Southfield, MI
**B F Evans Ford**
Lemuel E. Evans
Livermore, KY
**B F White Motor Company of Stanton**
Danny K. Ireton
Stanton, TX
**Barber Ford**
Joseph Bonomo
Exeter, PA
**Barkhouser Motors**
Richard G. Barkhouser
Danville, VA
**Barton Ford Lincoln Mercury**
Thomas A. Barton, Jr.
Suffolk, VA
**Bartow Ford Company**
Ernest M. Smith
Bartow, FL
**Battlefield Ford**
Wilmer T. Merchant
Manassas, VA
**Beach Ford**
Thomas A. Barton, Jr.
Virginia Beach, VA
**Beau Townsend Ford**
Beau D. Townsend
Vandalia, OH
**Beechmont Ford**
Mark I. Williams
Cincinnati, OH
**Bell Motors**
William F. Bell
Arlington, WI
**Bellevue Lincoln Mercury**
Thomas E. Evered
Bellevue, WA
**Benson Lincoln Mercury**
George G. Benson
Pittsburgh, PA
**Bev Smith Ford**
Nicholas S. Smith
Lake Park, FL
**Bill Brown Ford**
Edward C. Brown
Livonia, MI
**Bill Colwell Ford**
Bill Colwell
Hudson, IA
**Bill Jarrett Ford Mercury**
William R. Jarrett, Jr.
Avon Park, FL
**Bill Selig Ford**
Thomas J. Selig
Windsor, CT
**Bill Talley Ford**
William Talley
Richmond, VA
**Blackwell Ford**
John W. Blackwell III
Plymouth, MI
**Bluebonnet Motors**
Clarence Kahing
New Braunfels, TX
**Bluff City Ford**
Roger W. Baldwin
Poplar Bluff, MO
**Bob Davidson Ford**
Bob Davidson
Baltimore, MD
**Bob Sight Ford**
Robert S. Sight, Jr.
Lees Summit, MO

**Bob Townsend Ford**
Robert E. Townsend
Cincinnati, OH
**Bolton Ford**
C. R. Bohn, Jr.
New Orleans, LA
**Bolton Ford**
Joseph F. Bolton
Lake Charles, LA
**Brannen Motor Company**
Clinton B. Brannen
Unadilla, GA
**Bredemann Ford in Glenview**
Joseph J. Bredemann
Glenview, IL
**Bremen Ford Mercury**
Laura Martin
Bremen, IN
**Brock Motor Company**
Charles C. Jones, Jr.
Trenton, NC
**Bronk Vreeland Ojai Ford**
James R. Vreeland, Sr.
Ojai, CA
**Buckeye Ford Mercury**
James E. Hunt
London, OH
**Bud Brady Ford**
Bud Brady
Cleveland, OH
**Burch Ford**
William F. Burch
La Habra, CA
**Burlington Lincoln Mercury**
Dennis J. Zawislich
Burlington, NJ
**Burnett Thiel Ford**
Robert J. Thiel
Maquoketa, IA
**Buss Ford Sales**
Edward J. Buss
McHenry, IL
**Byerly Ford**
John R. Daunhauer, Jr.
Louisville, KY
**Canby Ford**
S. Pete Feller
Canby, OR
**Capital Ford**
Timothy W. Michael
Raleigh, NC
**Caraway Ford**
Kevin W. Caraway
Nixon, TX
**Carey Lincoln Mercury**
Patrick J. Carey
Yakima, WA
**Casa Ford**
Clay Lowenfield
El Paso, TX
**Causeway Ford Mercury**
David C. Winfrode
Manahawkin, NJ
**Cecil Atkission Ford**
Cecil R. Atkission
Hondo, TX
**Central Florida Lincoln Mercury**
Bruce Deardoff
Orlando, FL
**Central Lincoln Mercury**
Nelson D. Lund
Harrisburg, PA
**Champion Motors**
Robert P. Thomas
Birmingham, AL
**Chaparral Ford**
Donald L. Dunford
Devine, TX
**Charlie Thomas Ford**
Larry E. Gerdes
Houston, TX
**Cherner Lincoln Mercury**
Jonathan K. Cherner
Vienna, VA
**Chuck Spaeth Ford**
Charles A. Spaeth
New Ulm, MN
**Citrus Ford**
Dennis A. Shannon
Ontario, CA
**Claude Ray Ford Sales**
Claude E. Ray, Jr.
Elberton, GA
**Cline Ford Sales**
Mark W. Cline
Gilbert, WV
**Coccia Ford**
Joseph A. Coccia
Wilkes-Barre, PA
**Cole Motor Sales**
R. S. Cole
Ada, OH
**Cole Williams Ford**
Roger E. Cole
Lincoln, ME
**Columbia Ford Lincoln Mercury**
Craig M. Gates
Columbia, CT
**Columbine Ford**
Sam L. Levine
Rifle, CO

**Conner Ford Sales**
Ronald E. Conner
Rockport, IN
**Cook County Ford**
Phillip W. Grimsley
Adel, GA
**Corning Ford Mercury**
Benny M. Brown
Corning, CA
**Cortese Lincoln Mercury**
Patrick C. Cortese
Rochester, NY
**Corwin Ford Sales**
Richard C. Corwin
Mannington, WV
**Courtesy Ford**
Randy W. Morris
Conyers, GA
**Courtesy Ford**
Lawrence J. Mulharn
Syracuse, NY
**Covert Ford**
Duke M. Covert
Austin, TX
**Covey Lincoln Mercury Sales**
Ronald Covey
Phoenix, AZ

**Crossroads Ford Truck Sales**
John F. Hogan
Springfield, IL
**Crow Moddie**
Everette W. Moddie
Burlington, KS
**D'Amico Lincoln Mercury**
Edward D'Amico
East Brunswick, NJ
**Dan Buckey Ford**
Daniel L. Buckey
Chestnut Ridge, NY
**Dan Wiebold Ford**
Henry D. Wiebold
Nampa, ID
**Dave Knapp Ford Lincoln Mercury**
David O. Knapp
Greenville, OH
**Dave Littleton Ford**
L. Davis Littleton
Smithville, MO
**Dave Peterson's Monticello Ford Mercury**
David B. Peterson
Monticello, MN
**Dave Pirro Ford**
David M. Pirro
Skaneateles, NY
**Dave Sinclair Ford**
David Sinclair
St. Louis, MO
**Davies Ford**
Harold C. Davies
Connellsville, PA
**De Pratu Ford Sales**
Robert L. De Pratu
Whitefish, MT
**Dean Arbour Ford Mercury of Tawas**
Dean Arbour
Tawas City, MI
**Del Balso Ford**
Patrick Del Balso
Nanticoke, PA
**Desoto Ford Mercury**
Mark Schlundt
Arcadia, FL
**Dick Barker**
Richard H. Barker, Jr.
Houma, LA
**Ditschman/Flemington Ford Lincoln Mercury**
Steven R. Kalafer
Flemington, NJ
**Dobbs Ford**
Glen Crutchfield
Memphis, TN
**Don Chalmers Ford**
Donald L. Chalmers
Rio Rancho, NM
**Don Gasgarth's Charlotte County Ford**
Donald J. Gasgarth
Port Charlotte, FL
**Don Reid Ford**
Donald L. Reid
Maitland, FL
**Don Sanderson Ford**
David W. Kimmerle
Glendale, AZ
**Don Vance Ford**
Donald E. Vance, Sr.
Marshfield, MO
**Douglas Ford Corporation**
Peter T. Liebman
Summit, NJ
**Dovi Motors**
Philip J. Dovi
Cortland, NY
**Drew Ford**
Joe Drew
La Mesa, CA
**Duvall Ford**
Jeffrey H. Duvall
Clayton, GA

**East West Lincoln Mercury**
Vincent P. Trasatti, Sr.
Landover Hills, MD
**Eastgate Ford**
Milo Noble
Dayton, OH
**Eby Auto Sales Corporation**
William E. Bodenmiller
Nappanee, IN
**Echelon Ford**
David Fisher
Stratford, NJ
**Edwards County Motors**
Randall L. Stennett
Albion, IL
**Elmhurst Lincoln Mercury**
David G. Mears
Elmhurst, IL
**Elmhurst Motors**
Thomas J. Muisenga
Elmhurst, IL
**Emerling Ford Mercury**
Carl A. Emerling
Springville, NY
**Ernest McCarty Ford**
Ernest L. McCarty, Jr.
Alabaster, AL

**Estabrook Lincoln Mercury**
James B. Estabrook
Pascagoula, MS
**Evans Ford**
Herman E. Harper, Jr.
Dixon, IL
**Express Sales**
Dean Aasimon
Manlius, NY
**Family Ford**
Corey Shaker
Waterbury, CT
**Ferraro Ford**
Thomas A. Ferraro
North East, PA
**Fieldhouse Ford Mercury**
David L. Fieldhouse
Demotte, IN
**Fitzpatrick & Lambert**
Leo F. Lambert
Dushore, PA
**Ford West**
Leonard Homreich
Bellflower, CA
**Forresters**
Toby Forrester
Chambersburg, PA
**Fort Myers Lincoln Mercury**
John E. Scanlon
Ft. Myers, FL
**Fountain City Ford**
David L. Schaffner
Fountain City, WI
**Fox Ford Mercury**
Robert W. Fox
Waynesburg, PA
**Freedom Ford Hampton**
E. Scott Rigell
Hampton, VA
**Freedom Ford**
E. Scott Rigell
Norfolk, VA
**Freedom Ford Mercury**
Jimmy M. Black
Centre, AL
**Friendly Ford**
Ed Oiliges
Las Vegas, NV
**Galesburg Lincoln Mercury**
K. G. Klinck
Galesburg, IL
**Galpin Ford**
Herbert F. Boeckmann II
North Hills, CA
**Galpin Lincoln Mercury**
Herbert F. Boeckmann II
Van Nuys, CA

**Gary Worth Lincoln Mercury**
Gary F. McManus
Gladstone, OR
**Gateway Ford**
Gregg A. Waddell
Ponchatoula, LA
**Gaudin Ford**
Harold D. Ackerman
Las Vegas, NV
**Gene Butman Ford Sales**
Kenneth R. Butman
Ypsilanti, MI
**Gene Evans Ford**
Lamar E. Evans
Union City, GA
**Gene Langley Ford**
Ralph E. Langley
Humboldt, TN
**Gene Latta Ford**
F. Eugene Latta
Hanover, PA
**Genoa Motors**
E. Russ Bower
Genoa, OH
**Gentilini Ford**
Donald E. Gentilini
Woodbine, NJ

**George Wall Lincoln Mercury**
Jeff Wall
Shrewsbury, NJ
**Gervais**
Stephen L. Gervais
Ayer, MA
**Golding Motors**
Paul W. Golding
San Saba, TX
**Good Brothers**
Gerald R. Good, Jr.
Randolph, MA
**Goode Motor**
Buster Goode
Rupert, ID
**Gorno Bros**
George M. Gorno
Woodhaven, MI
**Grayling Ford Lincoln Mercury**
James H. Wernig, Jr.
Grayling, MI
**Greenville Ford**
Bill Deloach
Greenville, AL
**Gretter Ford Mercury**
Thomas D. Gretter
Washington, IA
**Guy M. Fish Company**
Bernard E. Skiff
Spartanburg, PA
**Haldeman Ford Kutztown**
Paul R. Haldeman
Kutztown, PA
**Haldeman Lincoln Mercury**
Paul R. Haldeman
Allentown, PA
**Harrison Ford**
Rodney O. Harrison
Wellington, OH
**Heberle Ford**
Brent E. Heberle
Forsyth, MT
**Herb Green Ford**
Herbert C. Green
Cascade, IA

**Highland Park Ford Sales**
Carl E. Statham
Highland Park, IL
**Hill Ford Lincoln Mercury**
Howard H. Hill
Portage, WI
**Hiller Ford**
Jay C. Hiller
Franklin, WI
**Hines Park Lincoln Mercury**
Michael Kolb
Plymouth, MI
**Hoblit Motors**
Dave Hoblit
Colusa, CA
**Hollywood Lincoln Mercury**
Joe Holman
Hollywood, FL
**Holman Ford Mount Laurel**
G. A. Gardner
Mount Laurel, NJ
**Holt Motors**
Greg Holt
Cokato, MN
**Hometown Auto Retailers**
Salvatore A. Vergopia
Emerson, NJ

**Houston Ford**
Richard G. Houston
Pine River, MN
**Hullman's Ford Lincoln Mercury**
Dennis L. Hullman
Falls City, NE
**Hutcheson Ford Sales**
Michael G. Tucker
Saint James, MO
**Imlay City Ford**
Paul A. LaFontaine
Imlay City, MI
**Iuka Ford Company**
Kenneth Windham
Iuka, MS
**Jack Byrne Ford Mercury**
John F. Byrne
Mechanicville, NY
**Jack Demmer Ford**
William J. Demmer
Wayne, MI
**Jarrett Bodiford Ford**
Brian Jarrett
Plant City, FL
**Jenkins Ford Mercury**
John Jenkins
Buckhannon, WV
**Jerry Duncan Ford**
Jerry Duncan
Harriman, TN
**Jim Wilson Ford**
James N. Wilson
Yreka, CA
**Joe Holze Ford**
Joseph B. Holze
Salem, IL
**Joe Machens Ford**
Gary R. Drewing
Columbia, MO
**John Grappone**
John Grappone
Bow, NH
**John M Lance Ford**
John M. Lance, Sr.
Westlake, OH
**Johnson Ford Sales**
Darryl K. Johnson
Crawford, GA
**Johnson Ford Mercury Lincoln**
Ross H. Johnson, Jr.
Burnet, TX
**Johnston Ford Mercury**
Joe C. Johnston
New Boston, TX

*Ford Motor Company*
BETTER IDEAS.™

K & S Lincoln Mercury
Dave E. Trederneck
Fairbury, IL
Karcz Motor Company
Michael T. Karcz
Pulaski, WI
Keesee Motor Company
Joe C. Keesee
Cortez, CO
Keller Brothers Auto Company
Norman E. Keller
Lititz, PA
Kellogg Motors
Jeff C. Kellogg
Harlingen, TX
Ken Wilson Ford
Kenneth W. Wilson
Canton, NC
Kendall Motors
David S. Heilman
Kendall, WI
Kenesaw Motor Company
Roger C. Denkert
Kenesaw, NE
Kenly Ford
Thomas W. Boyette, Sr.
Kenly, NC

Kent Lincoln Mercury Sales
Bruce A. Caudill
Kent, OH
Kindle Ford Lincoln Mercury
William J. Kindle
Cape May Court House, NJ
Kirk Ford Sales
Keith A. Kirk
Hancock, MD
Klement Ford of Muenster
Karl J. Klement
Muenster, TX
Koehn Motor Company
Vernon L. Koehn
Victor, IA
Korum Ford
Jerome M. Korum
Puyallup, WA
Krejci Ford
Rick Krejci
Blooming Prairie, MN
Kroubetz Ford
Paul F. Kroubetz
Lake Crystal, MN
L & L Ford
Terry L. Lawrence
East Berlin, PA
L J Snow Company
James L. Snow
Colton, CA
Ladin Lincoln Mercury
Paul Ladin
Thousand Oaks, CA
Lamoureux Ford
Lionel M. Lamoureux
East Brookfield, MA
Lance Cunningham Ford
Lance A. Cunningham
Knoxville, TN
Langford Ford
Paul Langford
La Belle, FL
Lanning Motor Sales
Clarence L. Pahl
Carey, OH
Laurel Ford
Stephen A. Solberg
Laurel, MT
Lee Sapp Ford Mercury
Lee A. Sapp
Ashland, NE
Lehighton Lincoln Mercury
Kent G. Newhart
Lehighton, PA
Lemars Ford Mercury
Robert W. Jensen
Le Mars, IA
Les Pinkham Lincoln Mercury
Steve Pinkham
Elizabethtown, KY
Liberty Ford Lincoln Mercury
James R. Herrick
Vermilion, OH
Lombard Ford
Robert N. Lombard
Winsted, CT
Long Lewis Ford
Dwight N. Burrell
Hoover, AL
Long Lewis Ford of the Shoals
Todd C. Oulellette
Muscle Shoals, AL
Longwood Lincoln Mercury
Stephen R. Parks
Longwood, FL
Louisburg Ford Sales
John C. Gudenkauf
Louisburg, KS
Lucas Motor Company
Hap Lucas
Burlington, NJ

Lunde Lincoln Mercury
Dennis W. Lunde
Fargo, ND
Mac Churchill Lincoln Mercury
Wendy Churchill
Fort Worth, TX
Mace Lincoln Mercury
Richard L. Mace
Terre Haute, IN
Magic City Motor Corporation
Charles M. Robertson, Jr.
Roanoke, VA
Maguire's Ford
Keith A. Rohrer
Duncannon, PA
Mantilla Motors
Arnold R. Mantilla, Jr.
West Haven, CT
Maple Leaf Lincoln Mercury
Jay M. Deveaze
Geneseo, IL
Maplecrest Lincoln Mercury
Stephen Giordano
Union, NJ
Marcotte Ford Sales
Bryan A. Marcotte
Holyoke, MA

Marshall Ford Company
Ted Marshall
Union, MS
Martin Family Ford Lincoln Mercury
Michael Martin
Morganton, NC
Mathews Ford Lincoln Mercury
T. Robert Mathews, Jr.
Sandusky, OH
Mathews Kennedy Ford Lincoln Mercury
Thurman R. Mathews
Marion, OH
Matt Ford Sales
Louis T. Matt
Buckner, MO
McAuley Ford Mercury
Rick J. Schlitz
Patterson, CA
McCarthy Ford
Anthony T. McCarthy
Elma, NY
McDonald Ford Sales
Joe McDonald
Northville, MI
McFee Ford
William D. Dale
Dickinson, TX
Medlin Motor Company
Burley M. Medlin
West Point, VA
Metropolitan Lincoln Mercury
Joseph E. Sims
Louisville, KY
Mike Burkart Ford Mercury
Michael G. Burkart
Plymouth, WI
Mike Murphy Ford
Michael T. Murphy
Morton, IL
Mike Shad Ford
Harold W. Shad III
Jacksonville, FL
Mills Motor
Stewart C. Mills, Jr.
Baxter, MN
Monarch Ford
Paul H. Deathiage, Jr.
Exeter, CA
Mooresville Motor Company
Grady C. Shoe
Mooresville, NC
Morris Ford Mercury
Terence L. Morris
Burnt Hills, NY
Moser Motor Sales
Phillip J. Eicher
Berne, IN
Mouw Motor Company
Marion E. Mouw
Sioux Center, IA
Mountain View Ford
David N. Watson
Chattanooga, TN
Mullinax Ford South
Scott Foster
Margate, FL
Murrey Motor Company
Roland M. Murrey
Wills Point, TX
Myers Ford Company
John J. Myers
Elkton, VA
Neenah Menasha Ford
John Brantmeier
Neenah, WI
Nelson Ford Lincoln Mercury
Roy Nelson
Fergus Falls, MN
New Holland Ford
Geoffrey H. Class
New Holland, PA

New Prague Ford Mercury
Mark S. Sweiland
New Prague, MN
Newins Bay Shore Ford
Charles J. Stickney
Bay Shore, NY
Nick Nicholas Ford
Nick Nicholas
Inverness, FL
Nielsen Ford
James A. Nielsen
Bloomer, WI
Nolter Lincoln Mercury
Steven E. Noller
Topeka, KS
Norris Ford
G. Norris Cook
Baltimore, MD
North Brothers Ford
J. D. North
Westland, MI
North Park Lincoln Mercury
Clarence J. Kahlig II
San Antonio, TX
North Shore Sales
James E. Magnuson
Laporte, IN

Northeast Lincoln Mercury
Thomas F. Murphy
Philadelphia, PA
Northgate Lincoln Mercury
Robert Reichert
Cincinnati, OH
Oakfield Ford
Jack A. Conran
Villa Park, IL
Oasis Ford
Irving Rosen
Old Bridge, NJ
Ogden Avenue Motors
Fred J. Iozzo
Westmont, IL
Osseo Ford Sales & Service
Nels B. Gunderson
Osseo, WI
Otis Ford
Edward T. Otis, Jr.
Quogue, NY
Owen Ford
Alton F. Owen
Jarratt, VA
Paletta Sales & Service
Jeffrey J. Paletta
Fredericktown, PA
Palmer Motor Sales
Felix T. Weber
Chelsea, MI
Parker Ford Lincoln Mercury
J. David Parker
Murray, KY
Parkway Ford
Chester A. Michael III
Winston Salem, NC
Parrish Motor Company
Raymond N. Parrish
Goochland, VA
Pat Milliken Ford
Thomas A. Warden
Redford Twp, MI
Paul Bailey's Ford
Paul F. Bailey
Warwick, RI
Pearson Ford
John B. McCallan
San Diego, CA
Peterson Ford Mercury
Donald P. Peterson
Oconto Falls, WI
Pettijohn Auto Center
Charles E. Pettijohn
Bethany, MO
Philpott Ford Sales
Edgar W. Philpott
Nederland, TX
Pittsville Motors
Eldred L. Bounds
Pittsville, MD
Point Marion Ford Sales
Jules H. Quertinmont
Point Marion, PA
Pompano Lincoln Mercury
R. D. Zich
Pompano Beach, FL
Portsmouth Ford
John Sawyer
Portsmouth, NH
Prestige Ford
Terry S. Dixon
Garland, TX
Prestige Lincoln Mercury
Thomas M. Grossman
Minneapolis, MN
Preston Ford
David H. Wilson
Preston, MD
Putnam Lincoln Mercury
Larry D. Rath
Fort Smith, AR

Quality Ford of Mt Vernon
Cecil S. Wright
Mt. Vernon, NY
R E Barber Ford
Larry H. Meister
Ventura, CA
Ramirez Ford Sales
Roel R. Ramirez
Rio Grande City, TX
Ravenel Ford
A. S. Marchant
Ravenel, SC
Red Hill Ford
Terry L. Sands
Red Hill, PA
Redfearn Motor Company
W. Towley Redfearn
Lugoff, SC
Reynolds Ford
Richard L. Reynolds
Norman, OK
Reynolds Lincoln Mercury
Dale Daniels
Norman, OK
Richmond Motor Company
Robert C. King
Richmond, VA
Riggins Motor Company
Hunter Riggins
Poquoson, VA
Riley Ford
Ronald G. Roberts
Chazy, NY
Rio Vista Ford Mercury
Kenneth W. Adgate
Rio Vista, CA
River View Ford
W. Ray Fregia
Oswego, IL
Riverside Ford
Donald A. Gillis
Sumner, WA
Riverside Motor Sales
Joseph E. Thurby, Jr.
Confluence, PA
Rizzo Ford
Robert G. Rizzo
North Providence, RI
Robert C Failing
Robert C. Failing, Jr.
St. Johnsville, NY
Rodman Ford Sales
Donald E. Rodman
Foxboro, MA
Roger Burdick Lincoln Mercury
Roger Burdick
Cicero, NY
Ron DuPratt Ford
Ronald J. DuPratt
Dixon, CA
Sanderson Lincoln Mercury
David Kimmerle
Phoenix, AZ
Sawgrass Ford
Peter J. Menten
Sunrise, FL
Scenic Motors
Ricky D. Gough
Mount Airy, NC
Schrage Brothers
David D. Schrage
Mount Calvary, WI
Scott Ford Mercury
Richard S. Shaffer
Kingwood, WV
Sebald Motor Sales
Roy Sebald
Askov, MN
Sesi Lincoln Mercury
Joseph A. K. Sesi, Jr.
Ypsilanti, MI
Sheehy Ford of Springfield
Vincent A. Sheehy IV
Springfield, VA
Shepherd Lincoln Mercury
James W. Shepherd
Richmond, MI
Sherwood on the Shore
David B. Rogers
Berlin, MD
Shetler Lincoln Mercury
Donald E. Shetler
Lake Charles, LA
Signature Lincoln Mercury
Lawrence D. Ward
Las Vegas, NV
Sikeston Motor Company
Dorman C. Elledge
Sikeston, MO
Sioux Falls Ford
Randall J. Nehring
Sioux Falls, SD
Skinner Damuiis
Hiram J. Skinner
Richfield Springs, NY
Skyline Ford Sales
Fred Salinas
Dallas, TX
Smackover Motors
James W. Langley
Smackover, AR
Smith Ford Mercury
S. A. Sykora
Slaton, TX

Smith Cooperstown
Edward C. Smith
Cooperstown, NY
Southgate Ford
Walter J. Oben, Jr.
Southgate, MI
Southlake Ford
M. Allan Vigil
Jonesboro, GA
Spartan Lincoln Mercury
J. Donald Jackson
Morrow, GA
Star Lincoln Mercury Sales
Ed Jossem
Glendale, CA
Steve Marsh Ford
Larry D. Smith
Milan, TN
Stoneham Motor Company
Alan K. Melkonian
Stoneham, MA
Strieter Motor Company
David Strieter
Davenport, IA
Stu Evans Lincoln Mercury Garden City
John M. Evans
Garden City, MI
Stu Evans Lincoln Mercury Southgate
John M. Evans
Southgate, MI
Sturman & Larkin Ford
Robert J. Sturman
Pittsburgh, PA
Suburban Ford
Jerry E. Jaksich
Sandy, OR
Sunset Auto Company
John K. Heutel III
St. Louis, MO
Superior Ford
Paul D. Alandt
Flat Rock, MI
Sykora Family Ford
Edmund Sykora
West, TX
Tasca Ford Sales
Robert F. Tasca, Jr.
East Providence, RI
Tasca Lincoln Mercury
Robert F. Tasca, Jr.
Seekonk, MA
Ted Russell Ford
Ted W. Russell
Knoxville, TN
Thompson Lincoln Mercury
Tommie E. Thompson
Baltimore, MD
Tom Jones Ford
Ron Jones
Buckeye, AZ
Tomball Ford
Thomas J. Keating
Tomball, TX
Tommie Vaughn Motors
Tommie Vaughn
Houston, TX
Toms Ford
Robert A. Lyttle
Keyport, NJ
Tragesser Ford
Vernon R. Tragesser
Ross, OH
Treadwell Ford
Richard E. Doran
Mobile, AL
Tri Ford Mercury
David F. Rehkemper
Highland, IL
Triangle Ford Mercury
W. H. Overby, Jr.
Brookneal, VA

Turnpike Ford
Alex Parsons, Jr.
Marmet, WV
Valley Ford Lincoln Mercury
Gary Ryan
Hanford, CA
Valley Isle Motors
James J. Falk II
Kahului, HI
Varsity Ford
Louis C. Stanford
Ann Arbor, MI
Varsity Lincoln Mercury
Louis C. Stanford
Novi, MI
Vern Sims Ford
Vern F. Sims
Sedro Woolley, WA
Vernie Jones Ford Company
James R. Jones
Jasper, GA
Villa Ford
Brian A. Butler
Orange, CA
Village Ford
James T. Seavitt
Dearborn, MI
Village Ford Lincoln Mercury
Thomas M. Green
Millersburg, OH
Vogler Motor Company
Frank C. Black
Carbondale, IL
W C Sanderson Ford
William C. Sanderson, Jr.
Healdsburg, CA
Walker Ford Company
Frank A. Walker
Clearwater, FL
Walton Motors
Richard E. Kennedy
Savannah, MO
Washington Ford
Lawrence O. Hind
Washington, PA
Webster Dudley Lincoln Mercury
Peter J. Mathieu
Dudley, MA
Wendle Ford Sales
Chud J. Wendle
Spokane, WA
Wentzel Ford
Gordon F. Wentzel
Winneconne, WI
West Gate Lincoln Mercury
John Moroni
Cicero, IL
West Herr Ford
Bradley H. Hafner
Hamburg, NY
Whittle Motor Company
Michael W. Nix
Williston, SC
Wickstrom Ford
Timothy L. Wickstrom
Barrington, IL
Wilkerson Ford Mercury
Hal Wilkerson
Tulia, TX
Wiscasset Ford
Frank Fassett
Wiscasset, ME
Witt Auto Sales
Patrick E. Witt
Crivitz, WI
Wolf Motor Company
David J. Wolf
Jordan, MN
Zook Motors
Susan M. Stanko
Kane, PA

*customer satisfaction.*

These Ford and Lincoln Mercury dealers
were recognized by their customers for outstanding
leadership in sales, service and overall ownership
experience. Ford Motor Company is proud to salute
them with our 1999 President's Award.



© 2000 Ford Motor Company