**FILED**

2004 MAY 25  A 11: 02

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNESTO GALARZA | : | |
| | : | CIVIL ACTION NO. |
| v. | : | |
| | : | 3:01 CV 986 (AWT) |
| | : | |
| | : | May 23, 2004 |
| LOMBARD FORD and ROBERT LOMBARD | : | |

### AFFIDAVIT OF KATHLEEN GALARZA

**STATE OF CONNECTICUT**
                    ss:    Simsbury
**COUNTY OF HARTFORD**

On this date personally appeared Kathleen Galarza who, under oath, stated as follows:

1. My name is Kathleen Galarza. I live at 90 Sandisfield Road, Sandisfield, MA 01255

2. I am married to Ernesto Galarza.

3. I have personal knowledge of the matters stated herein and they are true and correct.

4. My husband was hired by Lombard Ford.

5. Before he was hired by Lombard Ford, he had a series of interviews with Mr. And Mrs. Lombard, and I accompanied my husband to the third interview session.

6. During this interview session, Mrs. Lombard went to interview my husband alone, leaving me to converse with Rob Lombard.

Affidavit in Opposition to Motion for Summary Judgment - Page 1

7. During our conversation, Rob Lombard discussed his pride in being Italian and made numerous comments indicating to me that he believed Ernie was Italian as well.

8. Rob Lombard was also trying to sell me on the qualities of life in the Litchfield area. In particular, he assured me that there were virtually no African-Americans in the area, which he viewed as a positive attribute of the area and a good selling point. I chose not to respond.

9. During the weekend, Rob Lombard promised that Ernie would be allowed to become a part or full owner of Lombard Ford. That promise was a key inducement for Ernie.

10. During the weekend, we discussed how I would need Ernie's assistance during our search for a home. Rob Lombard promised that Ernie would be able to assist me every other weekend or so. Afterwards, Ernie was required to remain at work.

11. When I came from New Jersey to search for a home, I would visit the dealership to see my husband. I remember on one specific occasion, Rob Lombard had his arm wrapped around my husband's shoulders in the showroom of Lombard Ford and he was telling a third person that Ernie was his "new guinea wop."

12. When we went to close on the purchase of our new home, Ernie left immediately afterwards to return to the dealership, much to my chagrin. During his tenure at Lombard Ford, Ernie worked a tremendous amount of time to bring the changes he had promised to deliver.

13. I am of Irish and German heritage.

_____
Kathleen Galarza

On this day, personally appeared before me Kathleen Galarza who, on oath, swore that the above and foregoing statements were true and correct to the best of her recollection and knowledge.

SIGNED this 23rd day of May 2004.

_____
Charles D. Houlihan, Jr.
Commissioner of the Superior Court

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed by United States mail, postage pre-paid, to the following:

Kevin Brady, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford CT 06103

on May 24, 2004

_____
Charles D. Houlihan, Jr.

Affidavit in Opposition to Motion for Summary Judgment - Page 3