

FILED

2004 MAY 17 P 4:30

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERNESTO GALARZA | : CIVIL ACTION NO. |
| | : |
| v. | : 3:01 CV 986 (AWT) |
| | : |
| | : May 17, 2004 |
| LOMBARD FORD and ROBERT LOMBARD | : |

### SECOND MOTION TO EXTEND TIME FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Ernesto Galarza, Plaintiff herein, moves to extend the deadline for his response to the motion for summary judgment and represents as follows:

**Present Schedule**

Defendant moved for summary judgment by pleading dated February 24, 2004. Plaintiff's response to the motion was due May 15, 2004, or May 17, 2004 pursuant to Fed. R. Civ. P. 6. This is the second request for extension.

**Status of Response**

Plaintiff has substantially prepared his response. It was anticipated that the brief and supporting affidavits would be completed over the weekend and executed by Plaintiff, a resident of Massachusetts. Over the weekend, Plaintiff's counsel's computer network experienced problems which prevented the response from being finalized. For a significant period of time, the computer did not operate at all.

Extension GRANTED, to and including May 24, 2004. It is so ordered, nunc pro tunc.

Motion to Extend Summary Judgment Response - Page 1

Alvin W. Thompson, U.S.D.J.
Hartford, CT  5/28/04

FILED 2004 MAY 28 P 4:57 U.S. DISTRICT COURT HARTFORD CT