UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNESTO GALARZA | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01CV986 (AWT) |
| VS. | : | |
| | : | |
| LOMBARD FORD and | : | |
| ROBERT LOMBARD | : | |
| Defendants. | : | JUNE 8, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendants, Lombard Ford and Robert Lombard, hereby move for an extension of time of three (3) days, up to and including Friday, June 11, 2004, within which to file their reply memorandum in support of their motion for summary judgment. The Defendants require this additional time to respond to the numerous arguments raised by the Plaintiff's opposition memorandum and finalize their reply memorandum.

The undersigned counsel has contacted plaintiff's counsel, Charles D. Houlihan, Esq. who consents to this motion. This is the Defendants' first motion for extension of time with respect to this time limitation.

WHEREFORE, the Defendants respectfully request to the Court to grant their motion for extension of time.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
LOMBARD FORD and
ROBERT LOMBARD


By_____
James M. Sconzo
Fed. Bar # ct 04571 and
Kevin R. Brady
Fed. Bar #ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## **CERTIFICATION**

This is to certify that on this 8th day of June 2004, I hereby mailed a copy of the foregoing to:

Charles D. Houlihan, Jr.
Post Office Box 582
Simsbury, CT 06070

A. Paul Spinella
Spinella & Associates
One Lewis Street
Hartford, CT 06103


_____
Kevin R. Brady

558741.1

- 2 –

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105