

FILED

2004 JUN -8  P 3: 27

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERNESTO GALARZA<br>　　　　　Plaintiff,<br>VS.<br>LOMBARD FORD and<br>ROBERT LOMBARD<br>　　　　　Defendants. | CIVIL ACTION NO.<br>3:01CV986 (AWT)<br><br><br><br>JUNE 8, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendants, Lombard Ford and Robert Lombard, hereby move for an extension of time of three (3) days, up to and including Friday, June 11, 2004, within which to file their reply memorandum in support of their motion for summary judgment. The Defendants require this additional time to respond to the numerous arguments raised by the Plaintiff's opposition memorandum and finalize their reply memorandum.

The undersigned counsel has contacted plaintiff's counsel, Charles D. Houlihan, Esq. who consents to this motion. This is the Defendants' first motion for extension of time with respect to this time limitation.

WHEREFORE, the Defendants respectfully request to the Court to grant their motion for extension of time.

Extension GRANTED, to and including June 11, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   6/11/04

FILED 2004 JUN 11 P 1:43  U.S. DISTRICT COURT HARTFORD, CT

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105