# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNESTO GALARZA | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:01CV986 (AWT) |
| | : | |
| VS. | : | |
| | : | |
| LOMBARD FORD and | : | |
| ROBERT LOMBARD | : | |
|    Defendants. | : | January 5, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Lombard Ford and Robert Lombard, in the above-captioned matter. Said defendants continue to be represented by James M. Sconzo of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after January 7, 2005

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

THE DEFENDANTS,

By_____
Kevin R. Brady of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar No. 23964
Its Attorneys

## **CERTIFICATION**

This is to certify that on this 5th day of January, 2005, I hereby mailed a copy of the foregoing to:

Charles D. Houlihan, Jr.
Post Office Box 582
Simsbury, CT 06070

A. Paul Spinella
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
Kevin R. Brady

629984_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105