FILED
2005 JAN -7 A 11: 24
U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ERNESTO GALARZA<br>Plaintiff, | CIVIL ACTION NO.<br>3:01CV986 (AWT) |
| VS. | |
| LOMBARD FORD and<br>ROBERT LOMBARD<br>Defendants. | January 5, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Lombard Ford and Robert Lombard, in the above-captioned matter. Said defendants continue to be represented by James M. Sconzo of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after January 7, 2005

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

FILED 2005 JAN 12 A 11:2 U.S. DISTRICT COURT HARTFORD, CT.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford CT   1/11/05

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105