**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ERNESTO GALARZA | : | CIVIL ACTION |
| | : | NO. 3:01 CV 986 (AWT) |
| V. | : | |
| | : | |
| LOMBARD FORD AND ROBERT | : | |
| LOMBARD | : | FEBRUARY 10, 2005 |

## **APPEARANCE**

Please enter my appearance as attorney for the Defendants, **LOMBARD FORD AND ROBERT LOMBARD**, in the above-entitled case.

Dated at Hartford, Connecticut this 10th day of February, 2005.

THE DEFENDANTS:
LOMBARD FORD AND ROBERT
LOMBARD


By_____
   Jonathan C. Sterling of
   HALLORAN & SAGE LLP
   Fed. Bar #ct24576
   One Goodwin Square
   225 Asylum Street
   Hartford, CT  06103
   (860) 522-6103

## **CERTIFICATION**

This is to certify that on this 10th day of February, 2005, I hereby mailed a copy of the foregoing to:

Charles D. Houlihan, Jr.
Law Office of Charles D. Houlihan, Jr.
1276 Hopmeadow Street
P.O. Box 582
Simsbury, CT 06070

A. Paul Spinella
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
Jonathan C. Sterling

650531