UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNESTO GALARZA | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01 CV 986 (AWT) |
| | : | |
| V. | : | |
| | : | |
| LOMBARD FORD AND ROBERT LOMBARD | : | |
| Defendant | : | JULY 26, 2005 |

## APPEARANCE

Please enter my appearance on behalf of the defendants, LOMBARD FORD AND ROBERT LOMBARD, in the above-captioned action.

Dated at Westport, Connecticut this 26th day of July, 2005.

DEFENDANTS
LOMBARD FORD AND
ROBERT LOMBARD

By_____
ROBERT A. RHODES
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
Telephone: (203) 227-2855
Facsimile: (203) 227-6992
rhodes@halloran-sage.com

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION

This is to certify that on this 26th day of July, 2005, I hereby mailed a copy of the foregoing to:

Charles D. Houlihan, Jr.
Law Office of Charles D. Houlihan, Jr.
1276 Hopmeadow Street
P.O. Box 582
Simsbury, CT 06070

A. Paul Spinella
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
ROBERT A. RHODES

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195