## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNESTO GALARZA | : | CIVIL ACTION NO.: |
| | : | 3:01-cv-00986-AWT |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| LOMBARD FORD, ET AL. | : | |
| | : | |
| Defendants | : | AUGUST 19, 2005 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby respectfully requests to withdraw his appearance in the above-captioned case for the reason that the undersigned attorney has left the law firm of Halloran & Sage LLP and no longer represents the defendants. Attorney Robert Avery Rhodes of Halloran & Sage, LLP has appeared on behalf of the defendants.

WHEREFORE, the undersigned respectfully requests that this Motion be granted.

THE DEFENDANTS:
LOMBARD FORD AND ROBERT LOMBARD

By: _____
Jonathan C. Sterling, Esq.
Federal Bar No.: ct24576
Jorden Burt LLP
175 Powder Forest Drive
Suite 201
Simsbury, CT 06089-9658
Telephone: (860) 392-5022

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing Motion To Withdraw Appearance has been mailed via First Class Mail on August ___22ND___, 2005 to:

Charles D. Houlihan, Jr., Esq.
Law Office of Charles D. Houlihan
1276 Hopmeadow Street
PO Box 582
Simsbury, CT  06070-5614

Robert Avery Rhodes, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT  06880-4739

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT  06103-3402

_____
Jonathan C. Sterling, Esq.

145580

2