

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 30 P 12: 08
DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| ERNESTO GALARZA | : | CIVIL ACTION NO. 3:01-cv-00986-AWT |
| Plaintiff | : | |
| VS. | : | |
| LOMBARD FORD, ET AL. | : | |
| Defendants | : | AUGUST 19, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby respectfully requests to withdraw his appearance in the above-captioned case for the reason that the undersigned attorney has left the law firm of Halloran & Sage LLP and no longer represents the defendants. Attorney Robert Avery Rhodes of Halloran & Sage, LLP has appeared on behalf of the defendants.

WHEREFORE, the undersigned respectfully requests that this Motion be granted.

THE DEFENDANTS:
LOMBARD FORD AND ROBERT LOMBARD

By: _____
Jonathan C. Sterling, Esq.
Federal Bar No.: ct24576
Jorden Burt LLP
175 Powder Forest Drive
Suite 201
Simsbury, CT 06089-9658
Telephone: (860) 392-5022

FILED
2005 SEP -3 P 12: 26
DISTRICT COURT
HARTFORD, CT

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  9/2/05