UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERNESTO GALARZA<br>Plaintiff | : CIVIL ACTION NO.<br>: 3:01 CV 986 (AWT)<br>: |
| V. | : |
| LOMBARD FORD AND ROBERT LOMBARD<br>Defendant | :<br>: JULY 13, 2006 |

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THE JOINT TRIAL MEMORANDUM

The defendant in the above-captioned matter hereby moves for an enlargement of time up to and including September 6, 2006 in which to file the Joint Trial Memorandum Order in the above-captioned matter. The Joint Trial Memorandum is currently due on August 8, 2006. The defendant requires this additional time because undersigned counsel will be on vacation from August 2, 2006 to August 9, 2006 and will be unavailable during this period for the preparation and filing of the Joint Trial Memorandum.

This is the first such motion filed in this case. On July 13, 2006, undersigned counsel spoke with plaintiff's counsel, Attorney Charles Houlihan and was informed that Attorney Houlihan did not object to the granting of the present motion.

Therefore, the Motion for Enlargement of Time to file the Trial Memorandum should be granted.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

DEFENDANTS
LOMBARD FORD AND
ROBERT LOMBARD

By _____
ROBERT A. RHODES
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
Telephone: (203) 227-2855
Facsimile: (203) 227-6992
rhodes@halloran-sage.com

## CERTIFICATION

This is to certify that on this 13th day of July, 2006, I hereby mailed a copy of the foregoing to:

Charles D. Houlihan, Jr.
Law Office of Charles D. Houlihan, Jr.
1276 Hopmeadow Street
P.O. Box 582
Simsbury, CT 06070

A. Paul Spinella
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
ROBERT A. RHODES

853818_1 DOC

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195