UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERNESTO GALARZA | : |
| | :  CIVIL ACTION NO. |
| v. | :  3:01 CV 986 (AWT) |
| | :  November 5, 2006 |
| LOMBARD FORD and ROBERT LOMBARD | : |

**MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL STATEMENT**

Ernesto Galarza, Plaintiff herein, moves the court for an extension of time to file the joint trial statement and represents as follows:

**Present Deadlines**

The Joint Trial Statement was due September 6, 2006. The parties had jointly requested referral to a U.S. Magistrate Judge for mediation and the referral was made. To date, the case has not been scheduled for mediation.

**Status of Case Development**

In May 2004, the pleadings closed on Defendant's motion for summary judgment in this case. The motion was denied two years later. During the wait for decision, no substantive development of the case occurred, and Defendant's original trial counsel changed law firms and new trial counsel assumed responsibility for trial preparation.

In August 2006, the parties jointly requested a referral of the case to a magistrate for mediation.  The referral was made by the District Court, but the mediation has not been scheduled.

The parties believe that the comprehensive work required by the Joint Trial statement is antithetical to the process of seeking a mediated solution.  To promote the likelihood of a successful mediation, the parties believe that the Joint Trial Statement should be deferred until after the completion of the mediation.  The mediation session has not been scheduled as of this date.

**Requested Deadlines**

Plaintiff requests that the following deadlines be extended as follows:

    Joint Trial Statement     45 days after completion of mediation.

**Consent of Counsel**

Counsel for the parties have conferred and they agreed that such an extension of time is appropriate and valuable to the mediation process.

    **ERNESTO GALARZA**
    **PLAINTIFF**


By: _____
    Charles D. Houlihan, Jr.
    Federal Bar No. CT 11416
    Post Office Box 582
    Simsbury, CT 06070

    Telephone:   (860) 658-9668
    E-Mail:    CDH atty @ aol.com
    Telecopier:   (860) 658-1339

    **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been mailed by United States mail, certified mail, return receipt requested, postage pre-paid to the following:

Robert Rhodes, Esq.
Halloran & Sage
315 Post Road West
Westport CT 06680-4739

on November 5, 2006.

                                                            _____
                                                            Charles D. Houlihan, Jr.
                                                            Commissioner of the Superior Court