UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNESTO GALARZA | : | |
| | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 3:01 CV 986 (AWT) |
| | : | |
| | : | January 16, 2007 |
| LOMBARD FORD and ROBERT | : | |
| LOMBARD | : | |

## MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL STATEMENT

Ernesto Galarza, Plaintiff herein, moves the court for an extension of time to file

the joint trial statement and represents as follows:

**Present Deadlines**

The Joint Trial Statement is due today, January 16, 2007, pursuant to the

agreement of the parties and an order approving the same. The parties engaged in a

pretrial settlement conference on December 6, 2006 and the parties were required to

report back to U.S. Magistrate Judge Martinez on December 20, 2006. The parties

were unable to reach agreement and the mediation has concluded as of this date.

**Status of Case Development**

In May 2004, the pleadings closed on Defendant's motion for summary judgment

in this case. The motion was denied two years later. During the wait for decision, no

substantive development of the case occurred, and Defendant's original trial counsel changed law firms and new trial counsel assumed responsibility for trial preparation.

The parties devoted substantial time and effort toward reaching a mediated solution, without success.  The significant work required by the Joint Trial Statement has not been able to be concluded by the parties as of this date, and the parties desire to extend the date for compliance to February 1, 2007.

**Requested Deadlines**

Plaintiff requests that the following deadlines be extended as follows:

Joint Trial Statement        February 1, 2007.

**Consent of Counsel**

Counsel for the parties have conferred and they agreed that such an extension of time is appropriate and valuable to the mediation process.

ERNESTO GALARZA
PLAINTIFF

By: _____
Charles D. Houlihan, Jr.
Federal Bar No. CT 11416
Post Office Box 582
Simsbury, CT 06070

Telephone:  (860) 658-9668
E-Mail:     charles.houlihan@sbcglobal.net
Telecopier: (860) 658-1339

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed by United States mail, certified mail, return receipt requested, postage pre-paid and email to the following:

Robert Rhodes, Esq.
Halloran & Sage
315 Post Road West
Westport CT 06680-4739

on January 16, 2007.

_____
Charles D. Houlihan, Jr.
Commissioner of the Superior Court