**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                                :
ERNESTO GALARZA,                :
                                :
    Plaintiff,                  :
                                :
    v.                          :    Civil No. 3:01CV00986(AWT)
                                :
LOMBARD FORD, ET AL.            :
                                :
    Defendant.                  :
                                :
-------------------------------x
```

## ORDER TO SHOW CAUSE

The parties having failed to file the Joint Trial Memorandum in the above-captioned action by February 1, 2007, as ordered by the Court on January 31, 2007, the plaintiff is hereby ordered to show cause in writing, by no later than April 4, 2007, why this action should not be dismissed for failure to comply with the court's order, and why no lesser sanction should be imposed.

It is so ordered.

Dated at Hartford, Connecticut on this 22nd day of March, 2007.

                               /s/AWT
                          Alvin W. Thompson
                       United States District Judge