UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERNESTO GALARZA<br>Plaintiff | : | CIVIL ACTION NO.<br>3:01 CV 986 (AWT) |
| V. | : | |
| LOMBARD FORD AND ROBERT LOMBARD<br>Defendant | : | MAY 8, 2007 |

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION IN LIMINE RE: EXPERT OPINIONS**

I.   INTRODUCTION

The defendants hereby move for an order precluding the plaintiff from offering any expert opinions through either documents or testimony which were not disclosed in a timely manner pursuant to the Rule 26(f) Report.

II.   ARGUMENT

In the present case, the plaintiff has identified an expert witness, Lawrence Copp, an economist which he intends to call at trial to provide opinions concerning the plaintiff's past and future economic loss. Additionally, it is also anticipated that the plaintiff will offer the report of Mr. Copp as evidence at trial.

Pursuant to the final Rule 26(f) report, the plaintiff was to disclose experts and reports by March 1, 2002, with depositions to be completed by May 1, 2002. All discovery was to be completed by August 1, 2002. Mr. Copp was disclosed as an expert on or about May 1, 2003.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

This disclosure was made over a year after the deadline to disclose experts had expired. This disclosure also occurred approximately nine months after the deadline for the completion of all discovery.

Due to this untimely disclosure, the defendants were deprived of the opportunity to depose Mr. Copp or retain an expert to rebut any of Mr. Copp's opinions. Therefore, the defendants would be severely prejudiced at trial if Mr. Copp were permitted to testify or his report was admitted into evidence.

### III. CONCLUSION

For the foregoing reasons, the defendants' Motion in Limine should be granted.

DEFENDANTS
LOMBARD FORD AND
ROBERT LOMBARD

By _____
ROBERT A. RHODES
HALLORAN & SAGE LLP
Fed. Bar #ct 13583
315 Post Road West
Westport, CT 06880
Telephone: (203) 227-2855
Facsimile: (203) 227-6992
rhodes@halloran-sage.com

2

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION

This is to certify that on this 8th day of May, 2007, I hereby mailed a copy of the foregoing to:

Charles D. Houlihan, Jr.
Law Office of Charles D. Houlihan, Jr.
1276 Hopmeadow Street
P.O. Box 582
Simsbury, CT 06070

A. Paul Spinella
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
ROBERT A. RHODES

853818_1 DOC

883696-1(HSFP)

3

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195