UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ERNESTO GALARZA          :
                             :
     v.                :     CASE NO. 3:01CV986 (AWT)
                             :
LOMBARD FORD, and     :
ROBERT LOMBARD PC     :

ORDER

_____The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before November 30, 2007.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before November 30, 2007.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 31st day of October, 2007.

                                  /s/ AWT
                              Alvin W. Thompson
                              United States District Judge