UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERNESTO GALARZA | CIVIL ACTION NO. |
| v. | 3:01 CV 986 (AWT) |
| LOMBARD FORD and ROBERT LOMBARD | November 1, 2007 |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between all parties hereto, through their respective counsel, that this action be dismissed in its entirety, with prejudice and without an award of attorneys fees or costs of court.

ERNESTO GALARZA

By: _____
Charles D. Houlihan, Jr.
Federal Bar No. CT 11416
P.O. Box 582
Simsbury, CT 06092-0582

Telephone: (860) 658-9668

LOMBARD FORD and ROBERT LOMBARD

By: _____
Robert Rhodes, Esq.
Halloran & Sage
315 Post Road West
Westport CT 06680-4739

Stipulation to Dismiss with Prejudice - Page 1 of 2

## ORDER

Pursuant to the stipulation of the parties and upon good cause shown, this action is hereby dismissed with prejudice to the rights of Plaintiff to refile the same or any claim arising from the facts and circumstances alleged herein.

SIGNED this _____ day of November 2007.

_____
United States District Judge